# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 23, 2015

### NO. 03-15-00081-CV

**Access Orthodontics of East 7th Street, P.A., Appellant**

**v.**

**Miriam Jaimes, Appellee**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD**

This is an appeal from the interlocutory order signed by the trial court on January 21, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court with instructions to determine appellant's reasonable attorney's fees and to enter an order awarding attorney's fees and costs of court to appellant, and dismissing appellee's claims with prejudice. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.